Grafton, June 4, 1935.

CLARK J. HARDING, *Adm'r v.* ALICE S. HEWES.

SAME *v.* HARRY D. WEBB.

*Fred S. Wright* (by brief and orally), for the plaintiff.

*Frank S. Williams* (by brief and orally), for Alice S. Hewes.

*John F. Cronin*, for Harry D. Webb, furnished no brief.

*Per Curiam.* The law is well settled that money voluntarily paid under a mistake of law cannot be recovered. *Keazar* v. *Bank*, 75 N. H. 278, 280, and cases cited; *Clough* v. *Railroad*, 77 N. H. 222, 251; Page, Contracts, (2d *ed.*) s. 1564.

*Judgments for the defendants.*